FILED
CLERK, U.S. DISTRICT COURT

APR 1 0 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,                )   Case No. SA CR 08-00173-JVS
                                         )
              Plaintiff,                  )   ORDER OF DETENTION AFTER
                                         )   HEARING [Fed. R. Crim. P. 32.1(a)(6);18
              v.                          )   U.S.C. . § 3143(a)]
                                         )
STEVEN ROBERT HAYWOOD,                   )
                                         )
              Defendant.                  )
                                         )

The defendant having been appeared pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, inadequate bail resources.*

B.  ( ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: *Instant allegations, prior revocation, criminal history.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: __4/10/2026__

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge

2